**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00832-CR

**NATHANIEL ALEXANDER CALDWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81946-2015**

## ORDER

Before the Court is appellant's December 27, 2016 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed no later than January 10, 2017. If appellant's brief is not filed by January 10, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE